■ In the Matter of the Claim of JOHN J. FOLEY, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [613 NYS2d 58] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 27, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

The Board found that claimant left his employment as a doorkeeper because he wanted a position in a building with a smaller lobby. It concluded that claimant left his job for personal and noncompelling reasons and that he was therefore disqualified from receiving unemployment insurance benefits. Insofar as the Board's decision is supported by substantial evidence, it must be upheld. Claimant's contentions to the contrary raise questions of fact and credibility which were for the Board to resolve.

Mercure, J. P., Crew III, White, Casey and Yesawich Jr., JJ., concur. Ordered that the decision is affirmed, without costs.

■ ARCHIE H. SHUTTER et al., Appellants, v NATIONWIDE MUTUAL INSURANCE COMPANY, Respondent. [613 NYS2d 273] — Appeal from an order of the Supreme Court (Cobb, J.), entered June 17, 1993 in Greene County, which, *inter alia,* partially granted defendant's cross motion for summary judgment and declared that defendant is not obligated to provide underinsurance benefits to plaintiffs.

In our view, Supreme Court correctly concluded that defendant is not obligated to provide underinsurance benefits to plaintiffs. Defendant disclaimed coverage under the underinsured motorist endorsement in its policy due to plaintiffs' delay in advising defendant of a potential personal injury claim and plaintiffs' failure to immediately forward to defendant a copy of the summons and complaint in that action. Under the circumstances, plaintiffs' clear failure to timely comply with the policy provisions vitiated coverage.

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the order is affirmed, with costs.